In the Matter of the Will of MORRIS ROTH, Deceased. JESSE ROTH, Alternate Executor and Trustee of MORRIS ROTH, Deceased, Appellant; MEIER STEINBRINK, Executor and Trustee of MORRIS ROTH, Deceased, et al., Respondents.—

No opinion. Present —Hagarty, Carswell, Adel and Close, JJ.; Lazansky, P. J., not voting.

In the Matter of the Application of ALBERT A. SCATTERGOOD, Appellant, Relative to the Custody of Gene A. Scattergood, an Infant. JOSEPHINE M. ORTON et al., Respondents.—

The mother died a few hours after the child was born. Appellant is the father. Respondents are the maternal aunt and her husband, with whom the child always has resided. The father has a paramount right to the custody of the child and, as he is a man of good character and qualified properly to discharge his parental duties, and the best interests of the child will be served by awarding custody to the father, it was error to award custody to respondents. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

DELIA KELLY et al., Respondents, v. MAURICE H. ROSE, Appellant, Impleaded with Others.—

*Fitzgerald* v. *City of New Rochelle* (259 App. Div. 1015) is not applicable to the facts in this case. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur. [See amended decision *post*, p. 1068.]

HARRY L. KLEINFIELD et al., Appellants, v. LENORE K. KATZ et al., Respondents, Impleaded with Another.—

In our opinion the questions to which objections were made were within the scope of said respondent's examination as ordered by the court, and they are relevant to the issues. The competency and materiality of the evidence are matters to be determined by the trial court. (*Antun, Inc.,* v. *Viola,* 235 App. Div. 816; *Brown* v. *Bedell,* 232 App. Div. 158; *Guenther* v. *Ridgway Co.,* 159 App. Div. 74.) Lazansky, P. J., Johnston, Taylor and Close, JJ., concur; Carswell, J., not voting.